[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-14240
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 26, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-00169-CR-T-30-TGW

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JIMMIE DORSEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 26, 2008)

Before CARNES, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Alec Fitzgerald Hall, appointed counsel for Jimmie Dorsey, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent review of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Dorsey's convictions and sentence are **AFFIRMED**.